United States District Court
Southern District of Texas
**ENTERED**
February 08, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Syed Owais Ahmed; Geraldine Copaus; and All Others Similarly Situated<br>    Plaintiffs,<br><br>v.<br><br>Raees A. Patoli; S.S.O.S. Operating Corp.; S.S.O.S. Investments Int'l, Inc.; 1100 Alamo Operating Corp.; 1420 Eastex Freeway Operating Corp.; Economy Enterprises Inc.; P & J Tristar, Inc.; J & P Tristar, Inc.; Raees Houston Investments, LLC<br>    DEFENDANTS. | Civil Action<br>File No. 4:18-cv-01007<br><br>Jury Demanded |

### Dismissal Order

Pursuant to the parties' Joint Stipulation of Mutual Dismissal, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

Signed at Houston, Texas this __8th__ day of __February__, 2019.

_____
Honorable Sim Lake
United States District Judge